ary 28, 1916.) Order affirmed, with $10 costs and disbursements, on opinion of Shearn, J. (90 Misc. Rep. 480, 153 N. Y. Supp. 439), with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

H. Blair FINLEY v. ATLANTIC TRANSPORT CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion granted; questions certified. Order filed.

---

George D. FISH, respt., v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

---

George D. FISH, respt., v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

---

William P. FISHER v. MECHANICS & METALS NAT. BANK. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

---

Harry C. FISHER v. Carroll M. ROBERTSON. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

---

James FITZPATRICK, appellant, v. B. F. GOODRICH COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. The order is not sufficiently broad to permit the plaintiff to be examined concerning specific convictions, as it does not contemplate the taking of illegal evidence. Oakes v. Star Co., 119 App. Div. 358, 104 N. Y. Supp. 244. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

---

Lida M. FLEITMANN, as adm'x, Respt., v. The NORTHERN BANK OF N. Y., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

Richard FLYNN, an infant, by John C. Flynn, his guardian ad litem, appellant, v. YONKERS RAILROAD COMPANY, respondent, and another, defendant. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment unanimously affirmed, with costs, on authority of Kellogg v. Church Charity Foundation, 203 N. Y. 191, 96 N. E. 406, 38 L. R. A. (N. S.) 481, Ann. Cas. 1913A, 883.

---

Emily FORD, Respt., v. JOHN WANAMAKER, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.)

Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting, on former dissenting opinion, 165 App. Div. 287, 150 N. Y. Supp. 795). Order filed.

---

George P. FOX, as adm'r, v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion denied, on condition stated in order. Order filed.

---

George P. FOX, as Adm'r, etc., Respondent, v. The CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Appeal from Trial Term, New York County.

PER CURIAM. We are of opinion that there was no evidence of negligence on the part of the defendant. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event. Order filed. Page and Davis, JJ., dissent.

---

FRANCO–AMERICAN CHEMICAL CO. et al., Respts., v. IMPORT CHEMICAL COMPANY, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

In the Matter of the Application of David A. FRANK, for admission to the Bar. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Application granted.

---

Jacob L. FRANKEL, Respt., v. Abraham D. FELDSTEIN and ano., Applts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

FRANK E. SMITH & SON, Inc., v. W. Gill WYLIE. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

---

In the Matter of the application of Milton FRIEDBERG to compel Sydney Rosenthal, an attorney, etc., to pay over certain moneys. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Appeal dismissed, with costs.

---

Laura FULLER, as administratrix, etc., of Charles M. Fuller, deceased, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

Leonard S. FULLER, respt., v. The VILLAGE OF MECHANICVILLE, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

---

Edward J. FULTON, appellant, v. Charles H. INGALLS, respondent. (Actions Nos. 1, and 2.) (Supreme Court, Appellate Division,